# UNITED STATES DISTRICT COURT

### for the

### Middle District of Georgia

United States of America

v.

Sencheze Dontay Dunlap

Date of Original Judgment: 08/21/2023
Date of Previous Amended Judgment: N/A
*(Use Date of Last Amended Judgment if Any)*

)
)
) Case No:    7:22-CR-00021-001
)
) USM No:    09585-510
)
)
) Timothy R. Saviello
*Defendant's Attorney*

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION
## PURSUANT TO 18 U.S.C. § 3582(c)(2)(Amendment 821)

Upon motion of    ☒ the defendant    ☐ the Director of the Bureau of Prisons    ☐ the court
under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by Amendment 821 to the *United States Sentencing Guidelines*, and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:
        ☐ DENIED.    ☒ GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of                85                months **is reduced to**                72                .

Sencheze Dontay Dunlap was originally sentenced on August 16, 2023, to a term of 85 months imprisonment and a three-year term of supervised release, for the offense of Possession of a Firearm by a Convicted Felon. His Total Offense Level was determined to be 25 with a Criminal History Category IV. He presently has a projected release date of July 16, 2028.

Based on Part A of Amendment 821 of the *United States Sentencing Guidelines*, which eliminated "status points" for being under a criminal justice sentence at the time of the instant offense for defendants with six or less criminal history points, the defendant is eligible for a reduction in his criminal history score. Such a reduction would result in a Criminal History Category III. Based on a Total Offense Level of 25 and a Criminal History Category III, the guideline imprisonment range becomes 70 to 87 months.

The government agrees the defendant is eligible for relief; however, recommends that his motion be denied based on his conduct in the instant Federal offense and his criminal history. However, upon a review of the presentence report and the factors to be considered at 18 U.S.C. § 3553(a), the Court grants the sentence reduction, and the new imprisonment sentence imposed would be reduced from 85 months to 72 months, which is a sentence near the bottom of the newly calculated range.

Except as otherwise provided, all provisions of the judgment dated        08/21/2023        shall remain in effect.
**IT IS SO ORDERED.**

Order Date:        12/10/2024

Effective Date:
        *(if different from order date)*

*Judge's Signature*

Leslie Abrams Gardner, Chief U.S. District Judge
*Printed name and title*